FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00113-CV

IN THE INTEREST OF L.J.H.

### NO. 02-13-00135-CV

IN RE JESSICA MARIE HARRISON

------------

### FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

------------

## ORDER

------------

On May 2, 2013, we abated this appeal and original proceeding for the parties to mediate their dispute. Appellant/relator informed this court on June 24, 2013 that the parties had entered into an irrevocable mediated settlement

agreement that same day. The notice of mediated settlement agreement indicates that the agreement "fully disposes of all outstanding issues in this pending matter." The agreement itself indicates that this appeal and original proceeding will be dismissed; however, the parties have not asked this court to reinstate this appeal and original proceeding, nor have they filed a joint motion to dismiss.

Accordingly, if on or before **October 7, 2013**, the parties do not file a motion seeking to reinstate this appeal and original proceeding and indicating to the court when they intend to file a joint motion to dismiss or why they do not intend to do so, we will reinstate this appeal and original proceeding. Because appellant/relator has filed a notice indicating that this appeal is moot, upon reinstatement, we will proceed to dismiss the appeal and original proceeding. *See* Tex. R. App. P. 42.3(b), (c); *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) ("Appellate courts are prohibited from deciding moot controversies.").

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court, and the trial court clerk.

DATED September 30, 2013.

PER CURIAM

2